**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

EKATERINA KONSHINA
Plaintiff

CIVIL ACTION

V.

NO. 1:25-10357-WGY

RUBIO et al
Defendants

**ORDER OF DISMISSAL**

YOUNG, D.J.

In accordance with the Court's Memorandum and Order granting defendants' motion to dismiss entered on December 22, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

December 22, 2025
Date

/s/ Jennifer Gaudet
Deputy Clerk